# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Louisa Porter)

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>vs.<br><br>SANTANA-LUCAS & ADAN-ALCAIDE,<br><br><br><br>                                   Defendants. | CASE NO. 06mj8918<br>06 CR 2681-JM<br><br>**ORDER TO EXONERATE BOND FOR MATERIAL WITNESS AND DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Viviana Hernandez-Marquez, by the surety, Edith Mendez, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Viviana Hernandez-Marquez is to be released to the surety, Edith Mendez at 12145 Wanda Street, El Monte, CA 91732.

**IT IS SO ORDERED:**

DATE: 2-13-07

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

FILED

FEB 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY